**DISMISS and Opinion Filed August 18, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00222-CV**

**SANDRA L. RUSHING, Appellant**
**V.**
**MASON APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-00272-2023**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated June 27, 2023 we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

We dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1);  42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


230222F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SANDRA L. RUSHING, Appellant

No. 05-23-00222-CV          V.

MASON APARTMENTS, Appellee

On Appeal from the County Court at Law No. 5, Collin County, Texas
Trial Court Cause No. 005-00272-2023.

Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered August 18, 2023